UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JUAN JOSE SOTO-MEDINA,

        Petitioner,

v.

ROBERT LYNCH et al.,

        Respondents.

_____/

Case No. 1:25-cv-1392

Honorable Jane M. Beckering

## **ORDER**

      This is a habeas corpus action brought by counsel on behalf of an individual detained by the United States Immigration and Customs Enforcement at the North Lake Processing Center in Baldwin, Lake County, Michigan. In an Opinion and Judgment entered on November 24, 2025, the Court conditionally granted Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ordering Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days of the date of the Court's Opinion and Judgment or, in the alternative, immediately release Petitioner from custody. (Op. & J., ECF Nos. 6, 7.) The Court further directed Respondents to file a status report within six business days of the date of the Court's Opinion and Judgment to certify compliance with Court's Opinion and Judgment. (Op. & J., ECF Nos. 6, 7.) On December 2, 2025, Respondents filed a status report, indicating that a bond hearing was held, and that Petitioner's bond was denied because "Petitioner failed to show he was not a flight risk." (Status Report, ECF No. 8, PageID.94 (citing Bond Order, ECF No. 8-1).) Thereafter, in this closed action, Petitioner filed a new § 2241 petition (ECF No. 9) and an amended new § 2241 petition (ECF No. 10).

Upon review of Petitioner's new § 2241 petition (ECF No. 9) and amended new § 2241 petition (ECF No. 10), it appears that Petitioner seeks to challenge the nature of the bond hearing that was held in response to the Court's November 24, 2025, Opinion and Judgment. However, the Court notes that this action is closed. The issues raised in Petitioner's initial § 2241 petition (ECF No. 1) were resolved by the Court's November 24, 2025, Opinion and Judgment. If Petitioner wishes to file a *new* § 2241 petition in this Court, he may do so by filing a new action with the applicable filing fee or an application to proceed *in forma pauperis*. Because the present action is closed, the Court will take no further action regarding the new § 2241 petitions that were filed in this closed action.

**IT IS SO ORDERED**.

Dated:     December 10, 2025              /s/ Jane M. Beckering
                                          Jane M. Beckering
                                          United States District Judge